UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES J. MULLER,

        Petitioner,

    v.

DALE J. SCHMIDT,

        Respondent.

Case No. 26-cv-37-pp

## ORDER REASSIGNING CASE ON CONSENT

The parties have consented to the exercise of jurisdiction by the magistrate judge. Dkt. Nos. 4, 9. The court **ORDERS**, under General Local Rule 3(a)(2) (E.D. Wis.), that this case is reassigned to United States Magistrate Judge William E. Duffin for all further proceedings.

Dated in Milwaukee, Wisconsin this 16th day of March, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**