UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES J. MULLER,

        Petitioner,

                                  Case No. 26-cv-37-pp

    v.

WILLIAM HYATTE,

        Respondent.

## ORDER DENYING AS MOOT PETITION FOR WRIT OF *HABEAS CORPUS* AND DISMISSING CASE WITHOUT PREJUDICE

On June 8, 2026, the petitioner filed a petition for a writ of *habeas corpus* in the Eastern District of Wisconsin under 28 U.S.C. §2241, seeking "due process" and to see a judge. Dkt. No. 1. About forty-five days later, on July 27, 2026, the respondent informed the court that a district court in Arizona had granted the petitioner's duplicate *habeas* petition and ordered his release. Dkt. No. 24 at 1 (citing Muller v. Rosa, Case No. 26-cv-04887-MTM, Dkt. No. 7 (D. Ariz. July 23, 2026)). The respondent released the petitioner on July 23, 2026. Id. at 1. Because in this E.D. Wisconsin the petitioner was seeking due process and a hearing before a judge, and because since filing his E.D. Wisconsin petition he has obtained the requested relief in that petition, the parties no longer have a cognizable interest in the outcome. When the issues presented in a case are no longer "live" or the parties "lack a legally cognizable interest in the outcome," the case is moot and the court loses

1

jurisdiction. <u>Chafin v. Chafin</u>, 568 U.S. 165, 172 (2013). That means that this Eastern District court has no jurisdiction over the above-captioned case.

The court **DENIES AS MOOT** the petition for writ of *habeas corpus* filed under 28 U.S.C. §2241. Dkt. No. 1.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 29th day of July, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

2